JAMES J. WARNER, ESQ., CSBN 63137
**LAW OFFICES OF JAMES J. WARNER**

3233 Third Avenue
San Diego, Ca 92103
Telephone: (619) 243-7333
Facsimile: (619) 243-7343

Attorney for Defendant

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07 mj 1772 |
| Plaintiff, | MOTION AND APPLICATION TO PRATICE PRO HAC VICE |
| v. | |
| JOSE SOTO-ESPINOZA, | AFFIDAVIT OF PETITIONER JAMES J. WARNER |
| Defendant. | |

Comes now, James J. Warner, hereby moves for permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he is a member in good standing of the bar of the United States Supreme Court, of the Supreme Court of the State of California and is a non-resident of New York. Petitioner is not currently suspended or disbarred in any other court. Petitioner has enclosed herewith a Certificate of Good Standing.

Petitioner's office address, and office telephone number, the courts to which he has been admitted and appeared Pro Hac Vice and the respective dates of admission are provided herein.

1

Application to Practice Pro Hac Vice

Petitioner:           James J. Warner

Business address:     3233 Third Avenue
                      San Diego, CA 92103
                      (619) 243-7333

**BAR ADMISSION HISTORY**

| Court to which Admitted or Appeared Pro Hac Vice | Location | Admission Date |
|---|---|---|
| Supreme Court of United States | Washington, D.C. | 1978 |
| Supreme Court of California | California | 1974 |
| U.S. District Court | | |
| So. District of California | San Diego | 1974 |
| Cen. District of California | Los Angeles | 1978 |
| Eastern District of California | Sacramento | 1982 |
| Middle District of Tennessee | Nashville | 1983 |
| No. District of California | San Francisco | 1984 |
| District of Oregon | Portland | 1985 |
| District of Nevada | Reno | 1987 |
| Eastern District of Virginia | Alexandria | 1988 |
| District of Arizona | Phoenix | 1990 |
| Middle District of Florida | Jacksonville | 1990 |
| Eastern District of Missouri | St. Louis | 1990 |
| District of Hawaii | Honolulu | 1993 |
| District of Washington | Seattle | 1994 |
| Eastern District of Wisconsin | Milwaukee | 1994 |
| District of Maine | Portland | 1995 |
| District of Kansas | Topeka | 1997 |

| | | |
|---|---|---|
| Western District of Virginia | Roanoke | 1997 |
| District of Maryland, Southern Div. | Greenbelt | 2003 |
| Eastern District of Michigan | Detroit | 2003 |
| District of Vermont | Brattleboro | 2005 |

U.S. Court of Appeals

| | | |
|---|---|---|
| Ninth District | San Francisco | 1978 |
| Seventh Circuit | Chicago | 1996 |
| Tenth Circuit | Denver | 1997 |

Executed on November 16, 2007, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
JAMES J. WARNER
Petitioner/Attorney for
JOSE SOTO-ESPINOZA