JAMES J. WARNER, Esq. CSBN 63137
Law Offices of James J. Warner
3233 Third Avenue
San Diego, CA  92103
(619) 243-7333

Attorney for Defendant
JOSE SOTO-ESPINOZA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07 mj 1772 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE SOTO-ESPINOZA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    I hereby certify that on November 16, 2007 I electronically filed defendant's notice of Motion and Application to Practice Pro Hac Vice and Certificate of Good Standing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the email addressed of the individuals listed on the attached electronic service list.

Dated: November 16, 2007

                                                        Respectfully submitted,

                                                        s/James J. Warner _____ _
                                                        Attorney for Defendant