JAMES J. WARNER, ESQ., CSBN 63137
**LAW OFFICES OF JAMES J. WARNER**

3233 Third Avenue
San Diego, Ca 92103
Telephone: (619) 243-7333
Facsimile: (619) 243-7343

Attorney for Defendant

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07 mj 1772 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSE SOTO-ESPINOZA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF APPEARANCE**

NOW COMES James J. Warner, 3233 Third Avenue, San Diego, CA 92103 and enters his appearance on behalf of the Defendant in the above encaptioned matter, JOSE SOTO-ESPINOZA.

DATED at San Diego, California this 16th day of November, 2007.

                                          s/James Warner
                                          __ Attorney for Defendant